[Nos. 33833-9-III; 33834-7-III.   Division Three.   January 10, 2017.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL K. HURLBURT, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. NANCY L. ST. PIERRE-WALSH, *Respondent*.

Appeals from judgments of the Superior Court for Lincoln County, No. 15-1-00015-0, John F. Strohmaier, J., entered October 1, 2015. *Reversed* and *remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 33821-5-III.   Division Three.   January 12, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LOUIS VILLANUEVA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-1-00967-0, Michael G. McCarthy, J., entered September 18, 2015. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 69815-0-I.   Division One.   January 17, 2017.]

DON KENNEDY PROPERTIES, LLC, *Respondent*, v. JOEL CHRISTOPHER HOLMES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-39304-4, Carlos Velategui, J. Pro Tem., entered December 27, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Mann, JJ.